_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# United States Bankruptcy Court
### FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

0044-2M-EPIDORXX-00279989-155622

**IN RE:**   RICHARD GLENN MCCRARY                                   CASE No. 24-02172-JAW
            3616 LONGSTREET DR
            PEARL, MS 39208

**RE:**   TOYOTA MOTOR CREDIT CORPORATION / BECKET & LEE LLP
         Court Claim No:   14 - 2

## ORDER

THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# ____46____ ) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

IT IS FURTHER ORDERED  that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Harold J. Barkley,Jr.
_____

Harold J. Barkley,Jr. - MSB #2008
CHAPTER 13 TRUSTEE
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com