___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                  **CASE NO.: 24-02172-JAW**
**RICHARD GLENN MCCRARY**

3616 LONGSTREET DR
PEARL, MS 39208

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

    **IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

    **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

    **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

> Harold J. Barkley, Jr.
> Chapter 13 Trustee
> P.O. Box 321454
> Flowood, MS 39232

the sum of $688.00 MONTHLY.

##END OF ORDER##