# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Richard Glenn McCrary, Debtor                    Case No. 24-02172-JAW
                                                                                    CHAPTER 13

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof, would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above-referenced Debtor's estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Charge of Discrimination.

2. That the Debtor desires to employ The Watson Law Firm, PLLC to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interest of the estate that said firm be employed.

4. An attorney for The Watson Law Firm, PLLC has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, The Watson Law Firm, PLLC will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of The Watson Law Firm, PLLC as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Richard Glenn McCrary, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

# CONTRACT FOR LEGAL SERVICES

This Contract sets forth the terms and conditions on which **The Watson Law Firm, PLLC** (hereinafter "TWLF") will undertake to represent **Richard Glenn McCrary** ("Client") in pursuit of all civil claims that Client may have against **BEST CHOICE ROOFING HOLDINGS, LLC** or any other party(ies) who may be added. The terms and conditions of this Contract are as follows:

**Ownership of the Cause of Action** - Client hereby warrants that he/she is the sole owner of his/her cause of action ("claim"), and he/she has not assigned or transferred his/her claim or any part thereof to any other person or entity.

**Contingent Fee** - TWLF's fee shall be forty-five percent (45%), as provided below, of the net recovery from any person or entity by settlement or trial. "Net recovery" includes the amount of recovery made by TWLF on behalf of client in satisfaction of Client's claims as contemplated herein. Net recovery may also include any attorney fees awarded pursuant to statute or common law. Any appeal of a judgment entered by the trial or district court shall be a separate legal matter upon which the parties shall enter into a separate contract regarding representation. Such agreement shall be based upon an hourly basis fee.

**Attorney Fees** - Should TWLF recover attorney fees, costs and/or expenses pursuant to statute or applicable law, TWLF shall be entitled to the greater of the attorney fee and costs and/or expenses award or its percentage of the net recovery once attorney fees are added and any award of costs and expenses are applied to the outstanding balance.

**Costs and Expenses** – The client will be responsible for paying the filing fee and service of process fees for their lawsuit prior to their lawsuit being filed. When it is time to file the lawsuit, it is understood and agreed that Client will deposit with TWLF an overall retainer in the amount of $600, which can be paid in as many installments as necessary. Once a total of $600 has been paid by the client, TWLF will begin the process of drafting the Complaint to be filed in Federal Court. Said retainer will be fully earned upon the filing of the lawsuit. The client will ultimately be responsible for all costs and expenses (including expert witness fees) incurred during the pendency of this Contract. Any balance owed after recovery will be paid out of Client's portion of the recovery. Client understands that he/she will initially be billed $100 for file administrative costs by TWLF, and in return TWLF will retain a copy of Client's file for at least two years after the case has been closed.

**No Guarantees** - Client hereby acknowledges that TWLF has made no guarantees regarding the successful outcome of this matter and all expressions about the outcome are only opinions.

**Association of Co-Counsel** - Client understands that TWLF may, at its expense and after consulting with Client, contract with other attorneys for the performance of certain work for the Client and that TWLF may pay part of the fee it receives under this Contract to such attorneys for the services rendered by them.

**Scope of Representation** - It is understood and agreed that this Contract for Legal Services is limited to the claims described in the first paragraph of this Contract. If TWLF undertakes the representation of Client on a subsequent appeal of any judgment in favor of or adverse to the Client, the parties will enter into a separate contract concerning that representation and fees for that separate representation.

**Consent to Settle** - Client shall have the sole and exclusive right to accept or reject any offers for settlement of the claims described in the first paragraph of this Contract; however, Client shall have an obligation to consider carefully and fully the opinions and recommendations of TWLF and shall not unreasonably withhold consent to a settlement proposal which in the judgment of TWLF is a fair and reasonable basis for the disposition of the claims. TWLF retains the authority to make the final decision with regard to purely legal issues.

**CONFIDENTIAL:  THIS DOCUMENT IS PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE**

**Termination of Representation** - In the event that Client terminates the representation of TWLF from the representation of Client in this matter prior to a settlement being reached or a verdict being returned by virtue of a trial, the Client shall owe TWLF the fair and reasonable value of the attorney's services, and expenses advanced to date shall be paid, together with the additional costs for time expended to transfer the fil(s) of these proceedings. Louis Watson's hourly fee is $500/hour, Associate attorney's hourly fee is $250/ hour, and that the fee for paralegal time is $100 per hour. If the parties are unable to agree on said fee, TWLF shall be entitled to receive a fee based on all time expended at its normal hourly rate in effect at the time legal services were performed. Additionally, Client agrees to reimburse TWLF for the costs and expenses (including expert fees) incurred by TWLF prior to termination or withdrawal.

**Duty to Disclose Relevant Information** - Client has a duty to disclose all relevant information that may affect the outcome of the claims pursued on behalf of Client. Client understands that intentional misrepresentation or intentional non-disclosure of relevant information to TWLF can cause loss in revenues to TWLF, and upon discovery, may necessitate immediate withdrawal as legal counsel for Client.

**Dispute Resolution** - Any disputes or claims arising under or in connection with this contract or the performance of legal services by TWLF shall be submitted to and resolved by arbitration conducted pursuant to the rules of the American Arbitration Association. The arbitrator's decision shall be binding, conclusive, and non- appealable. If a dispute is submitted to the American Arbitration Association, it is agreed that the Client and TWLF, shall split evenly all costs from the American Arbitration Association.

**Severability** - If any part of this Contract shall for any reason be found unenforceable, the parties agree that all other parts shall remain valid and enforceable.

**Integration** - This Contract represents the final and mutual understanding of the parties. It replaces and supersedes any prior agreements or understandings, whether written or oral. This Contract may not be modified, amended, or replaced except by another signed written Contract.

**SO EXECUTED**, 11/22/2025 09:50PM UTC

**Signature**: *Richard McCrary*

**Name:** Richard Glenn McCrary
**Address:** ~~Address:~~
**Phone #:**
**Cell #:**
**E-Mail address:**

**THE WATSON LAW FIRM, PLLC**

BY: *Louis H. Watson*
      Louis H. Watson, Jr.

**CONFIDENTIAL: THIS DOCUMENT IS PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE**

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 11, 2025, to:

By USPS First Class Mail:

    Richard Glenn McCrary
    3616 Longstreet Dr.
    Pearl, MS 39208

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.