IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Richard Glenn McCrary, Debtor             Case No. 24-02172-JAW
                                                              CHAPTER 13

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI

COUNTY OF LAFAYETTE

Louis H. Watson, Jr., of The Watson Law Firm, PLLC, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above- referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's Charge of Discrimination.

FURTHER, AFFIANT SAITH NOT.

Dated this the 26th day of November 2025.

X_____

By:  Louis H. Watson, Jr.

SWORN TO AND SUBSCRIBED BEFORE ME, this the ~~25th~~ 26th day of November 2025.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, SARA BETH BUTLER, LAFAYETTE COUNTY, Commission expires September 17, 2027, Commission number 379369]