# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Richard Glenn McCrary, Debtor                    Case No. 24-02172-JAW
                                                                   CHAPTER 13

## NOTICE

Debtor has filed papers with the court to be Employ Special Counsel. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: December 10, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer A Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Richard Glenn McCrary, Debtor          Case No. 24-02172-JAW
                                                                    **CHAPTER 13**

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof, would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above-referenced Debtor's estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's Charge of Discrimination.

2. That the Debtor desires to employ The Watson Law Firm, PLLC to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interest of the estate that said firm be employed.

4. An attorney for The Watson Law Firm, PLLC has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, The Watson Law Firm, PLLC will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of The Watson Law Firm, PLLC as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Richard Glenn McCrary, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

# CONTRACT FOR LEGAL SERVICES

This Contract sets forth the terms and conditions on which **The Watson Law Firm, PLLC** (hereinafter "TWLF") will undertake to represent **Richard Glenn McCrary** ("Client") in pursuit of all civil claims that Client may have against **BEST CHOICE ROOFING HOLDINGS, LLC** or any other party(ies) who may be added. The terms and conditions of this Contract are as follows:

**Ownership of the Cause of Action** - Client hereby warrants that he/she is the sole owner of his/her cause of action ("claim"), and he/she has not assigned or transferred his/her claim or any part thereof to any other person or entity.

**Contingent Fee** - TWLF's fee shall be forty-five percent (45%), as provided below, of the net recovery from any person or entity by settlement or trial. "Net recovery" includes the amount of recovery made by TWLF on behalf of client in satisfaction of Client's claims as contemplated herein. Net recovery may also include any attorney fees awarded pursuant to statute or common law. Any appeal of a judgment entered by the trial or district court shall be a separate legal matter upon which the parties shall enter into a separate contract regarding representation. Such agreement shall be based upon an hourly basis fee.

**Attorney Fees** - Should TWLF recover attorney fees, costs and/or expenses pursuant to statute or applicable law, TWLF shall be entitled to the greater of the attorney fee and costs and/or expenses award or its percentage of the net recovery once attorney fees are added and any award of costs and expenses are applied to the outstanding balance.

**Costs and Expenses** – The client will be responsible for paying the filing fee and service of process fees for their lawsuit prior to their lawsuit being filed. When it is time to file the lawsuit, it is understood and agreed that Client will deposit with TWLF an overall retainer in the amount of $600, which can be paid in as many installments as necessary. Once a total of $600 has been paid by the client, TWLF will begin the process of drafting the Complaint to be filed in Federal Court. Said retainer will be fully earned upon the filing of the lawsuit. The client will ultimately be responsible for all costs and expenses (including expert witness fees) incurred during the pendency of this Contract. Any balance owed after recovery will be paid out of Client's portion of the recovery. Client understands that he/she will initially be billed $100 for file administrative costs by TWLF, and in return TWLF will retain a copy of Client's file for at least two years after the case has been closed.

**No Guarantees** - Client hereby acknowledges that TWLF has made no guarantees regarding the successful outcome of this matter and all expressions about the outcome are only opinions.

**Association of Co-Counsel** - Client understands that TWLF may, at its expense and after consulting with Client, contract with other attorneys for the performance of certain work for the Client and that TWLF may pay part of the fee it receives under this Contract to such attorneys for the services rendered by them.

**Scope of Representation** - It is understood and agreed that this Contract for Legal Services is limited to the claims described in the first paragraph of this Contract. If TWLF undertakes the representation of Client on a subsequent appeal of any judgment in favor of or adverse to the Client, the parties will enter into a separate contract concerning that representation and fees for that separate representation.

**Consent to Settle** - Client shall have the sole and exclusive right to accept or reject any offers for settlement of the claims described in the first paragraph of this Contract; however, Client shall have an obligation to consider carefully and fully the opinions and recommendations of TWLF and shall not unreasonably withhold consent to a settlement proposal which in the judgment of TWLF is a fair and reasonable basis for the disposition of the claims. TWLF retains the authority to make the final decision with regard to purely legal issues.

**CONFIDENTIAL:  THIS DOCUMENT IS PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE**

**Termination of Representation** - In the event that Client terminates the representation of TWLF from the representation of Client in this matter prior to a settlement being reached or a verdict being returned by virtue of a trial, the Client shall owe TWLF the fair and reasonable value of the attorney's services, and expenses advanced to date shall be paid, together with the additional costs for time expended to transfer the fil(s) of these proceedings. Louis Watson's hourly fee is $500/hour, Associate attorney's hourly fee is $250/ hour, and that the fee for paralegal time is $100 per hour. If the parties are unable to agree on said fee, TWLF shall be entitled to receive a fee based on all time expended at its normal hourly rate in effect at the time legal services were performed. Additionally, Client agrees to reimburse TWLF for the costs and expenses (including expert fees) incurred by TWLF prior to termination or withdrawal.

**Duty to Disclose Relevant Information** - Client has a duty to disclose all relevant information that may affect the outcome of the claims pursued on behalf of Client. Client understands that intentional misrepresentation or intentional non-disclosure of relevant information to TWLF can cause loss in revenues to TWLF, and upon discovery, may necessitate immediate withdrawal as legal counsel for Client.

**Dispute Resolution** - Any disputes or claims arising under or in connection with this contract or the performance of legal services by TWLF shall be submitted to and resolved by arbitration conducted pursuant to the rules of the American Arbitration Association. The arbitrator's decision shall be binding, conclusive, and non- appealable. If a dispute is submitted to the American Arbitration Association, it is agreed that the Client and TWLF, shall split evenly all costs from the American Arbitration Association.

**Severability** - If any part of this Contract shall for any reason be found unenforceable, the parties agree that all other parts shall remain valid and enforceable.

**Integration** - This Contract represents the final and mutual understanding of the parties. It replaces and supersedes any prior agreements or understandings, whether written or oral. This Contract may not be modified, amended, or replaced except by another signed written Contract.

**SO EXECUTED**,  11/22/2025 09:50PM UTC

**Signature**: *Richard McCrary*

**Name:**         **Richard Glenn McCrary**
~~Address:~~
**Phone #:**
**Cell #:**
**E-Mail address:**


**THE WATSON LAW FIRM, PLLC**

BY: *Louis H. Watson*
          Louis H. Watson, Jr.

**CONFIDENTIAL: THIS DOCUMENT IS PROTECTED BY THE ATTORNEY/CLIENT PRIVILEGE**

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 11, 2025, to:

By USPS First Class Mail:

    Richard Glenn McCrary
    3616 Longstreet Dr.
    Pearl, MS 39208

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                                    /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>RICHARD GLENN MCCRARY | CASE NO: 24-02172<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 12/11/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 24-02172 |
|---|---|
| RICHARD GLENN MCCRARY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/11/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/11/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-02172<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU DEC 11 12-6-2 PST 2025 | TOYOTA MOTOR CREDIT CORPORATION<br>BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON  MS 39201-5036 |
| AVAIL BLUE<br>PO BOX 12<br>LAC DU FLAMBE  WI 54538-0012 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CITIZENS BANK<br>PO BOX 5188<br>MERIDIAN  MS 39302-5188 |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 | (P)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | CYPRESS MARKETING CORP<br>CO WEINSTEIN  RILEY  PS<br>749 GATEWAY  SUITE G-601<br>ABILENE  TX 79602-1196 |
| GENESIS FS CARD<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | HYUNDAI CAPITAL AMERICA DBA KIA FINANCE AMER<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JACKSON HB MEDICAL SERVICES LLC CO PASI<br>PO BOX 188<br>BRENTWOOD  TN 37024-0188 | JACKSON HB MEDICAL<br>PO BOX 14099<br>BELFAST  ME 04915-4034 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KIA MOTORS FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 | KIMBERLY TALBERT<br>11781 HWY 491 N<br>COLLINSVILLE  MS 39325-9672 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LEONARD MIZE<br>208 WEBSTER A RD<br>LOUISVILLE  MS 39339-8184 | MDES<br>OFFICE OF LEGAL AFFAIR<br>PO BOX 1699<br>JACKSON  MS 39215-1699 |
| MERIT HEALTH RIVER OAKS<br>CO PASI<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN  NE 68501-2505 |
| NELNET<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 | OCHSNER HEALTH SYSTEM<br>CO CAROLINE MCCAFFREY LEE  ESQ<br>JONES WALKER LLP<br>201 ST CHARLES AVE  51ST FL<br>NEW ORLEANS  LA 70170-5100 | (P)ONE ADVANTAGE LLC<br>1232 W STATE RD 2<br>LAPORTE IN 46350-5570 |

```
OSCHNER RUSH HEALTH                RUSH HEALTH SYSTEMS              RUSH MEDICAL FOUNDATIO
127 E SHORE PARKWAY                PO BOX 23337                     PO BOX 23337
LA PORTE  IN 46350-2382            JACKSON  MS 39225-3337           JACKSON  MS 39225-3337



SCOLOPAX  LLC                      TOWN FINANCE                     TOYOTA FINANCIAL
CO WEINSTEIN  RILEY  PS            107 22ND AVE S                   ATTN BANKRUPTCY
749 GATEWAY  SUITE G-601           MERIDIAN  MS 39301-5944          PO BOX 259004
ABILENE  TX 79602-1196                                              PLANO  TX 75025-9004



TOYOTA MOTOR CREDIT CORPORATION    TOYOTA MOTOR CREDIT CORPORATION  US ATTORNEY GENERAL
PO BOX 9013                        CO BECKET AND LEE LLP            US DEPT OF JUSTICE
ADDISON  TEXAS 75001-9013          PO BOX 3001                      950 PENNSYLVANIA AVENW
                                   MALVERN  PA 19355-0701           WASHINGTON  DC 20530-0001


                                   ~~EXCLUDE~~                      ~~EXCLUDE~~

US DEPARTMENT OF EDUCATION CO NELNET  ~~UNITED STATES TRUSTEE~~     ~~HAROLD J BARKLEY JR~~
121 S 13TH ST                         ~~501 EAST COURT STREET~~     ~~PO BOX 4476~~
LINCOLN  NE 68508-1904                ~~SUITE 6-430~~               ~~JACKSON  MS 39296-4476~~
                                      ~~JACKSON  MS 39201-5022~~



DEBTOR                             ~~EXCLUDE~~

RICHARD GLENN MCCRARY              ~~THOMAS CARL ROLLINS JR~~
3616 LONGSTREET DR                 ~~THE ROLLINS LAW FIRM  PLLC~~
PEARL  MS 39208-3814               ~~PO BOX 13767~~
                                   ~~JACKSON  MS 39236-3767~~
```