United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-02172-JAW
Richard Glenn McCrary     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Jan 07, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Richard Glenn McCrary, 3616 Longstreet Dr, Pearl, MS 39208-3814

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Richard Glenn McCrary trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

24-02172-JAW   Dkt 62   Filed 01/09/26   Entered 01/09/26 23:43:05   Page 2 of 2

_____



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 7, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Richard Glenn McCrary, Debtor          Case No. 24-02172-JAW
                                                CHAPTER 13

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

THIS CAUSE came on for consideration of the Application to Employ Special Counsel (Dk # 59), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED AND ADJUDGED that The Watson Law Firm, PLLC is hereby authorized to be employed as Special Counsel, to provide assistance with Debtor's Charge of Discrimination, as the Court finds that authorizing said employment of Special Counsel is in the best interest of the Debtor's Estate.

IT IS FURTHER ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claim.  Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court.  Further, compensation and reimbursement of costs shall not exceed fifty percent (50%) of the recovery.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com