United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-02172-JAW
Richard Glenn McCrary Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Nov 17, 2026 Form ID: ntcdsm Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Glenn McCrary, 1401 Marwood Rd, Byram, MS 39272-9684 |
| 5420050 | + | Citizen's Bank, PO Box 5188, Meridian, MS 39302-5188 |
| 5420056 | + | Jackson HB Medical, PO Box 14099, Belfast, ME 04915-4034 |
| 5420057 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5420058 | + | Kimberly Talbert, 11781 Hwy 491 N, Collinsville, MS 39325-9672 |
| 5420059 | + | Leonard Mize, 208 Webster A Rd, Louisville, MS 39339-8184 |
| 5420064 | + | Oschner Rush Health, 127 E Shore Parkway, La Porte, IN 46350-2382 |
| 5420065 | | Rush Health Systems, P.O. Box 23337, Jackson, MS 39225-3337 |
| 5420066 | + | Rush Medical Foundatio, P.O. Box 23337, Jackson, MS 39225-3337 |
| 5420067 | + | Town Finance, 107 22nd Ave S, Meridian, MS 39301-5944 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2026 19:18:53 | Toyota Motor Credit Corporation, Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 5420048 | ^ | MEBN | Nov 17 2026 19:12:43 | Avail Blue, P.O. Box 12, Lac Du Flambe, WI 54538-0012 |
| 5420052 | | Email/Text: bankruptcy@creditfresh.com | Nov 17 2026 19:21:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5420049 | + | EDI: CAPITALONE.COM | Nov 18 2026 00:14:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5420051 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2026 19:18:34 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5439482 | + | Email/Text: bncmail@w-legal.com | Nov 17 2026 19:21:00 | Cypress Marketing Corp, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5420053 | + | EDI: PHINGENESIS | Nov 18 2026 00:14:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5443610 | ^ | MEBN | Nov 17 2026 19:12:48 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5420055 | + | Email/Text: ebone.woods@usdoj.gov | Nov 17 2026 19:22:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5420054 | | EDI: IRS.COM | Nov 18 2026 00:14:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5430673 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 17 2026 19:21:00 | JACKSON HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |

| | | | | |
|---|---|---|---|---|
| 5443061 | | EDI: JEFFERSONCAP.COM | Nov 18 2026 00:14:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5446149 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2026 19:33:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5420060 | | Email/Text: bankruptcy@mdes.ms.gov | Nov 17 2026 19:22:00 | MDES, Office of Legal Affair, PO Box 1699, Jackson, MS 39215-1699 |
| 5439976 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 17 2026 19:21:00 | Merit Health River Oaks, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5445528 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2026 19:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5420061 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2026 19:21:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5420062 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2026 19:21:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5420063 | | Email/Text: OACSTEAM@na.firstsource.com | Nov 17 2026 19:21:00 | One Advantage, 7650 Magna Dr, Belleville, IL 62223 |
| 5447929 | + | Email/Text: bankruptcy@ochsner.org | Nov 17 2026 19:21:00 | Ochsner Health System, c/o Caroline McCaffrey Lee, Esq., Jones Walker LLP, 201 St. Charles Ave., 51st Fl., New Orleans, LA 70170-5100 |
| 5438467 | + | Email/Text: bncmail@w-legal.com | Nov 17 2026 19:21:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5420068 | ^ | MEBN | Nov 17 2026 19:12:50 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5447576 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 17 2026 19:21:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5504874 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2026 19:19:07 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5420069 | ^ | MEBN | Nov 17 2026 19:12:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5425487 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 17 2026 19:21:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Louis H. Watson, Jr., The Watson Law Firm, PLLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Nov 17, 2026 Form ID: ntcdsm Total Noticed: 36

Date: Nov 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Richard Glenn McCrary trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 24−02172−JAW
Chapter: 13

In re:
Richard Glenn McCrary
aka Richard Glenn McCrary Jr.
1401 Marwood Rd
Byram, MS 39272

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7097

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 17, 2026.

Dated: 11/17/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600